Stephen C. WALLER, Appellant,

v.

Laura Ann WALLER, Respondent.

No. WD 41936.

Missouri Court of Appeals, Western District.

April 10, 1990.

Thomas D. Munro, North Kansas City, for appellant.

R. Britt Carlson, Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from the division of property and award of maintenance in a dissolution action.

Affirmed.  Rule 84.16(b).